✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   3:20-CR-00046-004 (CAR) |
| **ALAN HATTON** | |

On September 9, 2021, the above-named defendant was sentenced to 46 months imprisonment and 3 years of supervised release for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine. On January 17, 2024, the defendant commenced his term of supervised release in the Middle District of Georgia. On January 24, 2025, his term of supervision was transferred to the Northern District of Georgia.

Throughout his term of supervised release, the defendant has remained in compliance with all Court ordered conditions. Hatton has maintained residential stability, is gainfully employed, and maintained his sobriety. The defendant has met criteria for early termination as outlined in Monograph 109 as approved by the Administrative Office of the Courts of the U.S. Courts and is no longer in need of supervision. The United States Attorney's Office has been consulted and has no objections.

**IT IS HEREBY ORDERED** that the defendant's term of supervised release be terminated for good and sufficient cause shown to the Court.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___3___ day of ___Feb_____, 2026.


_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE